UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ANDRE MOSS, Individually and for Others Similarly Situated,<br><br>v.<br><br>APEX SYSTEMS, LLC | Case 3:20-cv-00102-MHL |

NOTICE OF RULE 41 VOLUNTARY DISMISSAL

Apex Systems has not filed an answer or a motion for summary judgment. Pursuant to Rule 41(a)(1)(A)(i), Andre Moss dismisses this case.

Respectfully submitted,

BUTLER ROYALS, PLC

By: /s/ Zev H. Antell
Harris D. Butler (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
140 Virginia Street, Suite 302
Richmond, Virginia 23219
804-648-4848 – Telephone
804-237-0413 – Facsimile

Michael A. Josephson
Texas State Bar No. 24014780
A Texas State Bar No. 24078444
Richard M. Schreiber
Texas State Bar No. 24056278
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
rschreiber@mybackwages.com

AND

SO ORDERED

2/19/2020   /s/
M. Hannah Lauck
United States District Judge

                                                                         Richard J. (Rex) Burch
Texas State Bar No. 24001807
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFFS**